UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-WEB TECHNOLOGIES, LTD., <br><br> Defendant. <br><br> AND RELATED CROSS-COMPLAINT | CASE NO. 3:12-cv-0732 DMS (WVG) <br><br> **ORDER GRANTING MOTION TO WITHDRAW** |

This case comes before the Court on the motion to withdraw as counsel of record for O-Web Technologies, Ltd., filed on behalf of Janis Law Group and attorneys Dean T. Janis and Deval Zaveri, Thompson Hine LLP and attorney John R. Mitchell, and Norton Rose Fulbright US LLP and attorney Arthur P. Licygiewicz.  Counsel have filed the necessary proof of service of the motion on their client. No party has filed an opposition to the motion. After considering the motion and the record on file herein, IT IS HEREBY ORDERED:

1. The motion to withdraw as counsel of record for O-Web Technologies, Ltd., filed on behalf of Janis Law Group and attorneys Dean T. Janis and Deval Zaveri, Thompson Hine LLP and attorney John R. Mitchell, and Norton Rose Fulbright US LLP and attorney Arthur P. Licygiewicz is granted.  The aforementioned attorneys and firms are withdrawn as counsel for O-Web Technologies, Ltd. in this case.

2. Pursuant to Local Civil Rule 83.3(j), O-Web Technologies Ltd. shall file a notice of appearance of new counsel on or before December 10, 2021. If O-Web Technologies Ltd. does not identify its new counsel on or before December 10, 2021, the Court will hold an Order to Show Cause hearing on December 17, 2021, at 1:30 p.m. as to why sanctions, including dismissal of the Cross-Complaint as to O-Web Technologies Ltd., should not be imposed for its failure to comply with Local Civil Rule 83.3(j).

3. For all future matters in this case, the address of record for O-Web Technologies Ltd. is as follows: 1814 East 40th, Ste 5D, Cleveland, OH 44103I 1881.

**IT IS SO ORDERED.**

Dated: December 2, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court